UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA L. BROWN FEDERICO, | ) | No. SA CV 07-00761-VBK |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: March 6, 2008          /s/
                              VICTOR B. KENTON
                              UNITED STATES MAGISTRATE JUDGE